```
        IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISON
```

| | |
|---|---|
| **VERNON GUY,** | * |
| | * |
| Petitioner, | * |
| | * |
| vs. | * CIVIL ACTION NO. 24-00115-JB-B |
| | * |
| **PAUL BURCH,** | * |
| | * |
| Respondent. | * |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1) and dated May 9, 2024 (Doc. 4) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Petitioner Vernon Guy's petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. 1) and this action are **DISMISSED without prejudice** to allow Petitioner Guy to pursue and exhaust available state remedies. The Court finds that Petitioner Guy is not entitled to the issuance of a certificate of appealability and is not entitled to proceed *in forma pauperis* on appeal.

**DONE and ORDERED** this 3rd day of June, 2024.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE